USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/6/2026__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SCOTT GIACOMO, Individually and for Others Similarly Situated <br><br> v. <br><br> BOTTLING GROUP, LLC d/b/a PEPSICO BEVERAGES COMPANY | **Case No. 7:23-cv-10864** <br><br> Jury Trial Demanded <br><br> Rule 23 Class Action <br> FLSA Collective Action |

**MEMO ENDORSED**

### NOTICE OF JOINT MOTION TO STAY, TOLL & MEDIATE

PLEASE TAKE NOTICE that upon the accompanying Memorandum in Support of the Joint Motion, and all prior pleadings and proceedings herein, Plaintiff and Defendant jointly request that this Court enter an Order, pursuant to Federal Rule of Civil Procedure 1, granting the Parties' requested stay of this action and tolling the FLSA statute of limitations for the duration of the stay period. No oral argument is requested unless otherwise directed by the Court.

Dated: April 2, 2026

The parties' joint application is GRANTED. This action and all pending deadlines are stayed for a period of one hundred and twenty (120) days to permit the Parties to conduct settlement discussions and attend mediation. The request to toll the FLSA statute of limitations is also GRANTED.

The Parties are directed to file a joint written status update on or before August 7, 2026.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 29.

Dated: April 6, 2026
        White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

Respectfully submitted,

By: /s/ Alyssa J. White
Michael A. Josephson
Andrew W. Dunlap
Alyssa J. White
**JOSEPHSON DUNLAP LLP**
5847 San Felipe Street, Suite 2400
Houston, Texas 77057
Phone: (713) 352-1100
Fax:    (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com
awhite@mybackwages.com

Richard J. (Rex) Burch
**BRUCKNER BURCH PLLC**
5847 San Felipe Street, Suite 2400
Houston, Texas 77057
Phone: (713) 877-8788
Fax:    (713) 877-8065
rburch@brucknerburch.com

Brent E. Pelton
**PELTON GRAHAM LLC**
111 Broadway, Suite 1503
New York, NY 10006
Phone: (212)385-9700

*Attorneys for Plaintiff*


By: /s/ *Eric R. Magnus*
Eric R. Magnus
**JACKSON LEWIS P.C.**
171 17th Street, NW
Atlanta, GA 30363
Phone: (404)525-8200
Eric.magnus@jacksonlewis.com

Catalina Cadavid
**JACKSON LEWIS P.C.**
666 Third Avenue, 28th Floor
New York, NY 10017
Phone: (212)545-4000
Catalina.cadavid@jacksonlewis.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this, the 2nd day of April 2026, a true and correct copy of the foregoing has been filed and served upon all parties of record via the Court's CM/ECF System.

/s/ *Alyssa J. White*
**Alyssa J. White**

2